CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

NITHYA SENRA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6570 (v)
202-307-0054 (f)
Nithya.Senra@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney for the
Eastern District of California

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> RAGHVENDRA SINGH, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 2:15-cv-287-TLN-EFB PS <br><br> **[PROPOSED] NOTICE OF HEARING AND ORDER TO SHOW CAUSE** |

Upon the petition of the United States and the Declaration of Revenue Officer David Palmer, including the exhibits attached thereto, it is hereby

ORDERED that the respondent, Raghvendra Singh, appear before United States Magistrate Judge Edmund F. Brennan in that Judge's courtroom in the United States Courthouse, Sacramento, California on the 20 day of May, 2015, at10:00 a.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him.

1

It is further ORDERED that:

1. A copy of this Order, together with the Petition, Declaration of David Palmer and its exhibits, shall be served upon the respondent in accordance with Fed. R. Civ. P. 4, within 30 days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible. Pursuant to Fed. R. Civ. P. 4.1(a), the Court hereby appoints Revenue Officer David Palmer, and all other persons designated by him, to effect service in this case.  Service may also be effected by the United States marshal or deputy marshal.

2. Proof of any service done pursuant to paragraph 1, above, shall be filed with the Clerk as soon as practicable.

3. Since the file in this case reflects a prima facie showing that the information sought in the summons is sought for legitimate purposes, that the inquiries may be relevant to those purposes, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed, *United States v. Powell*, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to the respondent to oppose enforcement of the summons.

4. If the respondent has any defense to present or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk of Court and copies served on counsel for the United States in Washington D.C., at least 30 days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least 5 court days prior to the date set for the show cause hearing.

5. At the show cause hearing, the Court will consider all issues raised by the respondent. Only those issues brought into controversy by the responsive pleadings and

1  supported by affidavit or declaration will be considered. Any uncontested allegation in the
2  petition will be considered admitted.
3      6. The respondent may notify the Court, in a writing filed with the Clerk and served on
4  counsel for the United States in Washington, D.C., at least 14 days prior to the date set for the
5  show cause hearing, that the respondent has no objection to enforcement of the summons. The
6  respondent's appearance at the hearing will then be excused.
7      The respondent is hereby notified that failure to comply with this Order may subject it to
8  sanctions for contempt of court.
9  DATED: March 11, 2015.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE