CAROLINE D. CIRAOLO
Acting Assistant Attorney General

NITHYA SENRA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6570 (v)
202-307-0054 (f)
Nithya.Senra@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney for the
Eastern District of California

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 2:15-cv-287-TLN-EFB |
| | ) | |
| v. | ) | |
| | ) | |
| RAGHVENDRA SINGH, | ) | **[PROPOSED] ORDER TO SHOW CAUSE** |
| | ) | |
| Respondent. | ) | |

Upon the motion of the United States, the memorandum in support thereof, and the Declaration of Revenue Officer David Palmer, it is hereby

ORDERED that the respondent, Raghvendra Singh, appear before United States Magistrate Judge Edmund F. Brennan in that Judge's courtroom in the United States Courthouse, Sacramento, California on March 16, 2016, at 10:00 a.m. to show cause why he should not be held in contempt of this Court's Order of July 21, 2015 (ECF No. 32).

1

It is further ORDERED that:

1. A copy of this Order to Show Cause, together with the United States' Motion for Contempt, the United States' Memorandum in Support of Motion for Contempt, and the Declaration of Revenue Officer David Palmer, shall be served upon the respondent in accordance with Fed. R. Civ. P. 5(b) as soon as practicable after this Order is served upon counsel for the United States.

2. Proof of any service done pursuant to paragraph 1, above, shall be filed with the Clerk within three (3) days of service.

3. If the respondent has any defense to present or opposition to the United States' motion, such defense or opposition shall be made in writing and filed with the Clerk of Court and copies served on counsel for the United States in Washington D.C., at least 14 days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least 7 days prior to the date set for the show cause hearing.

4. At the show cause hearing, the Court will consider all appropriate issues raised by the respondent. Only those issues brought into controversy by the responsive pleadings and supported by affidavit or declaration will be considered.

DATED: January 25, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE