UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 5, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAGHVENDRA SINGH,<br><br>Defendant. | Case No. 2:15-CV-00287-TLN-EFB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RAGHVENDRA SINGH__ , Case No. __2:15-CV-00287-TLN-EFB__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): __Ordered released on the terms and conditions stated on the record.__

Issued at Sacramento, California on May 5, 2016 at 3:20 PM.

By: _____
District Judge Troy L. Nunley